IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 119-145 |
| | * |
| ANTONIO DONDRELL BELL | * |

O R D E R

Defendant Antonio Dondrell Bell has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines. The Court is presently undertaking a review of cases to which Amendment 821 may apply. While the effective date of this amendment is November 1, 2023, a district court may not order retroactive application of Amendment 821 until February 1, 2024, or later, allowing for the necessary and considerable case review. The Court will not entertain motions initiated by federal defendants until after this time for review has passed. Therefore, the Clerk is directed to **TERMINATE** Defendant's motion for reduction of sentence (doc. 49). If Defendant is eligible for a sentence reduction upon retroactive application of Amendment 821, the Court will make the appropriate reduction *sua sponte* in due course.

**ORDER ENTERED** at Augusta, Georgia this 13th day of November, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA